IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| LYN WHEELER KINYON, | § § § | |
| Plaintiff, | § § | |
| v. | § | 6:17-CV-23-RP |
| BAYLOR UNIVERSITY, | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is the above-entitled action. On this day, the Court considered the parties' Joint Motion to Dismiss with Prejudice (Dkt. 7).

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED**, **ADJUDGED**, and **DECREED** that all claims and causes of action asserted by Plaintiffs in this action are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED** and that all taxable costs of court shall be taxed against the party incurring the same.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

**SIGNED** on May 23, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE